IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELIJAH VICKERS,**

    Petitioner,

vs.                                         Case No. 4:11cv353-SPM/CAS

**DEPARTMENT OF CORRECTIONS
and WARDEN BILL SPIVEY,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the Clerk.  In an order entered May 18, 2012, Petitioner was directed to show cause why his petition should not be summarily dismissed as untimely by June 18, 2012.  Doc. 12.  Because Petitioner failed to respond to that order, a second order to show cause was entered warning Petitioner of dismissal if he failed to respond and gave him until July 27, 2012, to file such response.  Doc. 13.  To date, Petitioner has not responded to that order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for

failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Petitioner has failed twice to comply with an order of this court, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on August 15, 2012.


s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.