IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIJAH VICKERS,

    Petitioner,

v.                                     CASE NO. 4:11cv353-SPM/CAS

DEPARTMENT OF CORRECTIONS
and WARDEN BILL SPIVEY,

    Respondents.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 15, 2012 (doc. 14).  Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for failure to comply with a

court order.

DONE AND ORDERED this 18th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge